# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tracie E. Thackara, | CASE NO. 1:14-cv-00158-GBC |
| Plaintiff, | (MAGISTRATE JUDGE COHN) |
| v. | ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| | Docs. 1, 4, 5, 6, 9, 11 |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

In accordance with the accompanying memorandum, IT IS HEREBY ORDERED THAT:

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

///

///

3. The decision of the Commissioner of Social Security denying Tracie E. Thackara disability insurance benefits is affirmed; and

4. The Clerk of Court shall close this case.

Dated: March 23, 2015

                                       s/Gerald B. Cohn
                                       GERALD B. COHN
                        UNITED STATES MAGISTRATE JUDGE